IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. RDB-13-530 |
| KENNETH RONALD ROBINSON, | : |
| Defendant. | : |

...ooo0ooo...

## FORFEITURE ORDER

The defendant, Kenneth Ronald Robinson, having entered a plea of guilty on May 29, 2014, to sex trafficking, in violation of 18 U.S.C. § 1591(a); and the Government having shown by a preponderance of evidence that $1,258 in US currency seized from the defendant's residence on October 3, 2013 is property constituting, traceable, or derived from gross profits or other proceeds obtained, directly or indirectly, from the offense of conviction or substitute assets for that property; it is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

1. that the following property is **FORFEITED** to the United States pursuant to 18 U.S.C. section 2253(a): $1,258 in US currency seized from the defendant's residence on October 3, 2013

2. that the United States Attorney General or his authorized designee shall seize and dispose of the property specified in paragraph 1 in accordance with law, 18 U.S.C. section 2253(b), 21 U.S.C. section 853(g), and Fed.R.Crim.P. 32.2(b)(2);

3. that the United States shall publish notice of this Order in accordance with 21 U.S.C. section 853(n)(1) and Fed.R.Crim.P. 32.2(b)(6); and

4. that the Clerk of the Court shall provide copies of this Order to all parties

of record.

June 3, 2014
Date

_Richard D. Bennett_
Richard D. Bennett
United States District Judge

2