# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**                                                    **U.S.Courthouse - Chambers 5D**
**Richard D. Bennett**                                            **101 W. Lombard Street**
**United States District Judge**                              **Baltimore, MD 21201**
**Northern Division**                                             **Tel:  410-962-3190**
                                                                            **Fax: 410-962-3177**

August 11, 2014

TO COUNSEL OF RECORD

RE:   *USA v. Kenneth Ronald Robinson*
          Criminal No. RDB-13-0530

Dear Counsel:

This will confirm the Sentencing of the above-captioned Defendant has been

rescheduled. The Revised Schedule is as follows:

**Thursday, August 28, 2014 at 10:00 a.m.**

Although informal in format, this letter nonetheless constitutes an order of court and

the Clerk is directed to docket it as such.

Sincerely,

/s/

Richard D. Bennett
United States District Judge

RDB/brt