

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Ayn B. Ducao*  
*Assistant United States Attorney*  
*Ayn.Ducao@usdoj.gov*

*Suite 400*  
*36 S. Charles Street*  
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4819*  
*MAIN: 410-209-4800*  
*FAX: 410-962-3091*

August 19, 2014

The Honorable Richard D. Bennett  
United States District Court  
101 W. Lombard Street  
Baltimore, MD  21201

        Re: United States v. Kenneth Robinson  
          <u>Criminal No. RDB-13-0530</u>

Dear Judge Bennett:

  I am writing to advise the Court that it is anticipated that the Government will call the following as witnesses at the sentencing hearing:  (1) Cheralyn Crawford and (2) Jeffrey Clark.

  It is anticipated that co-defendant Crawford will testify at sentencing that she basically "tutored" Victim in prostitution via Internet advertisements at the direction of the Defendant so that Crawford would have more ready access to narcotics supplied by the Defendant.  It is also expected that co-defendant Clark will testify at sentencing that he acted as a chauffeur for the Defendant, including driving Victim to the Towson East Motel so that she could engage in prostitution, so that Clark could also have more ready access to narcotics supplied by the Defendant.

        Respectfully submitted,

        Rod J. Rosenstein
        United States Attorney


        By:____/s/_____
        Ayn B. Ducao
        Assistant United States Attorney


cc:    Paul D. Hazlehurst, Attorney for Defendant Kenneth Robinson (via ECF Filing)
       Lisa Spinnicchio, U.S. Probation Officer (via email)