

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

October 24, 2014

Kenneth Robinson, #57071-037
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV  26525

Re:  *United States v. Kenneth Robinson*, Criminal Case No. RDB-13-0530

Dear Mr. Robinson:

In response to your recent request for documents, please be advised a docket sheet was sent to the warden of your institution.  Please contact appropriate staff so that the materials may be made available for your review.

The requested judgment and commitment order is not available from this court but is a part of your base/unit file.  Please contact the appropriate staff to review these materials.

Sincerely,

*Bonnie Jacobs*

Administrative Assistant
Staff Attorney's Office

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**