

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

October 24, 2014

Warden
FCI Hazelton
P.O. Box 460
Bruceton Mills, WV  26525

Re:  Kenneth Robinson, #57071-037
  *United States v. Kenneth Robinson*, Criminal Action No.  RDB-13-0530

Dear Sir or Madam,

This court has received a request for materials from an inmate housed at your facility. This material is being sent to you directly so that access can be made available to the inmate through your office or appropriate staff.  Your assistance is appreciated.

This arrangement has also been explained to the inmate under separate letter mailed directly to him.

Sincerely,

*Bonnie Jacobs*

Administrative Assistant
Staff Attorney's Office

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov