

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

January 20, 2015

Kenneth Robinson, #57071-037
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV  26525

Re:  *United States v. Kenneth Robinson*, Criminal Case No. RDB-13-530

Dear Mr. Robinson:

In response to your recent request for documents, please be advised a docket sheet and plea agreement were sent to the warden of your institution.  The judgment and commitment order are a part of you base/unit file.  Please contact the appropriate staff so that the materials may be made available for your review.

Sincerely,

*B. L. Jacobs*

Administrative Assistant
Staff Attorney's Office

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**