```
_____ FILED      _____ ENTERED
_____ LOGGED     _____ RECEIVED

        FEB  9 2015
          AT BALTIMORE
     CLERK, U.S. DISTRICT COURT
       DISTRICT OF MARYLAND
BY _____ DEPUTY
```

Kenneth Robinson
57071-037
2-4-15

Case No. RDB-13-530

Dear Courts

I am presently expereincing difficulties securing the necessary documents such as my judgment of commitment, docket entry and plea-agreement to assist in properly filing motion 2255.

Therefore, at this time I am requesting that the courts expell or expand the running toll on my year Limitation to file this motion. Between my attorney on record, the institution I reside and the courts; I am having problems obtaining this information.

Please assist me in securing the documents mentioned. I thank you in advance

Yours Truely
Kenneth Robinson