IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Action No. RDB-13-530 |
| KENNETH RONALD ROBINSON, | * | |
| *Defendant.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **MEMORANDUM ORDER**

Before this Court is the Defendant Kenneth Ronald Robinson's Motion to Reduce Setence (ECF No. 251), which was filed on November 29, 2021. Similarly, Robinson filed a Motion Requesting Judicial Recommendation Concerning Halfway House Placement (ECF No. 250), which also remains pending on this Court's docket.

Robinson has been released. *See Find an Inmate*, FEDERAL BUREAU OF PRISONS, https://www.bop.gov/inmateloc/# (search by register number 57071-037). Accordingly, the Court can no longer grant Defendant's requested relief. "Simply stated, a case is moot when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Incumaa v. Ozmint*, 507 F.3d 281, 286 (4th Cir. 2007) (quoting *Powell v. McCormack*, 395 U.S. 486, 496 (1969)).

The Fourth Circuit Court of Appeals has determined that requests for compassionate release under § 3582 are rendered moot when an inmate is released. *See United States v. Banks-Davis*, No. 21-6550, 2021 U.S. App. LEXIS 31869, 2021 WL 4936206, at *1 (4th Cir. Oct. 22, 2021) (citing *United States v. Chestnut*, 989 F.3d 222, 224–25 (2d Cir. 2021)); *see also United States v. Jackson*, No. 22-7140, 2023 U.S. App. LEXIS 19100, 2023 WL 4758733, at *1

1

(4th Cir. July 26, 2023) ("Because Jackson has already served his term of imprisonment, there is no longer a live controversy regarding the orders denying his motions for compassionate release and for reconsideration.").

As the Court now lacks subject matter jurisdiction to hear this matter, Defendant Kenneth Ronald Robinson's Motion Requesting Judicial Recommendation Concerning Halfway House Placement (ECF No. 250) and Motion to Reduce Setence (ECF No. 251) are both DENIED AS MOOT.  It is SO ORDERED this 25th day of July, 2024.

/s/
Richard D. Bennett
United States Senior District Judge